Kevin G. Little, SBN 149818
Attorney at Law
1099 E. Champlain Dr., No. A-124
Fresno, CA 93720
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
Email: kevinglittle@yahoo.com

Attorney for Plaintiffs SHARRON LE FAY,
JEFF WALL, AND SCOTT WALL

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| SHARRON LE FAY; JEFF WALL; SCOTT WALL,<br><br>            Plaintiffs,<br><br>     v.<br><br>WILLIAM LE FAY; FRESNO POLICE OFFICER ERIC PANABAKER; FRESNO POLICE OFFICER DARRYLL VAN DUERSEN; FRESNO POLICE SGT. LEN GLEIM; FRESNO POLICE DET. JOHN GOMEZ; DOES 2 TO 10; CITY OF FRESNO,<br><br>            Defendants. | Case No. CV-F-13-01362 AWI MJS<br><br>**STIPULATION RE: EXTENSION OF TIME TO FILE AMENDED PLEADINGS; ORDER** |

TO THE HONORABLE COURT:

   Due to unforeseen delays in discovery, including the production of police reports and related documentation, the parties hereby stipulate that the March 3, 2014 deadline for filing amended pleadings be extended by 45 days, to April 17, 2014.

Date: March 3, 2014                                                                             /s/ Kevin G. Little
                                                                                          Kevin G. Little
                                                                                          Attorney for Plaintiffs SHARRON

- 1 -

LEFAY,                                                    JEFF WALL and SCOTT WALL

Date: March 3, 2014                                       /s/ J. David Petrie
                                                          J. David Petrie
                                                          Petrie, Dorfmeier & Morris, LLP
                                                          Attorneys for Defendant WILLIAM LEFAY

Date: March 3, 2014                                       /s/ Erica M. Camarena
                                                          Douglas T. Sloan, City Attorney
                                                          Erica M. Camarena, Deputy City Attorney
                                                          Attorneys for Defendants FRESNO POLICE OFFICER ERIC PANABAKER, FRESNO POLICE OFFICER DARRYLL VAN DUERSEN, FRESNO POLICE SGT. LEN GLEIM, FRESNO POLICE DET. JOHN GOMES, THE CITY OF FRESNO, CALIFORNIA

ORDER

Good cause appearing, the March 3, 2014 deadline for filing amendments to pleadings is hereby extended to April 17, 2014.

IT IS SO ORDERED.

Dated:   March 4, 2014               /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE