Kevin G. Little, SBN 149818
Attorney at Law
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
Email: kevinglittle@yahoo.com

Attorney for Plaintiffs SHARRON LE FAY,
JEFF WALL, AND SCOTT WALL

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| SHARRON LE FAY; JEFF WALL; SCOTT WALL,<br><br>        Plaintiffs,<br><br>  v.<br><br>WILLIAM LE FAY; FRESNO POLICE OFFICER ERIC PANABAKER; FRESNO POLICE OFFICER DARRYLL VAN DUERSEN; FRESNO POLICE SGT. LEN GLEIM; FRESNO POLICE DET. JOHN GOMEZ; DOES 2 TO 10; CITY OF FRESNO,<br><br>        Defendants. | Case No. CV-F-13-01362 AWI MJS<br><br>STIPULATION AND ORDER<br>RE: MENTAL HEALTH RECORDS OF PLAINTIFF SHARRON LE FAY |

TO THE HONORABLE COURT:

    The parties, through their undersigned counsel hereby stipulate as follows:

    WHEREAS plaintiff Sharron LeFay has signed a release permitting the release and production of her mental health records from Community Behavioral Health to the City of Fresno, and

---
STIPULATION AND ORDER RE: MENTAL HEALTH RECORDS

WHEREAS these records contain sensitive information that should only be subject to limited disclosure,

THE PARTIES HEREBY STIPULATE that (1) the City of Fresno shall be permitted to produce the subject records to the other parties in this case; (2) the subject records shall be used only in connection with this litigation, by persons employed or retained by the parties' attorneys, and the parties' attorneys themselves; and (3) that defendant Mr. LeFay shall not be not permitted to obtain a personal copy of these records, or to have them provided to any other counsel representing him in a matter other than this case.

Dated: July 11, 2014                    LAW OFFICE OF KEVIN G. LITTLE

                                        By: /s/ Kevin Little
                                            Kevin G. Little
                                        Attorney for Plaintiffs

Dated: July 11, 2014                    DOUGLAS T. SLOAN
                                        City Attorney

                                        By: /s/ Erica Camarena
                                            Erica M. Camarena, Deputy
                                        Attorneys for Defendants City of Fresno and Officer Panabaker, Officer Van Duersen, Sgt. Gleim and Det. Gomes

Dated: July 11, 2014                    PETRIE, DORFMEIER AND MORRIS, LLP

                                        By: /s/ J. David Petrie
                                            J. David Petrie
                                        Attorneys for Defendant William C. LeFay

STIPULATION AND ORDER RE: MENTAL HEALTH RECORDS

**ORDER**

Good cause appearing, the above Stipulation regarding medical records in Case No. CV-F-13-01362 AWI MJS is accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   July 21, 2014                      /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE

_____
STIPULATION AND ORDER RE: MENTAL HEALTH RECORDS