Kevin G. Little, SBN 149818
Attorney at Law
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
Email: kevinglittle@yahoo.com

Attorney for Plaintiffs SHARRON LE FAY,
JEFF WALL, AND SCOTT WALL

f

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| SHARRON LE FAY; JEFF WALL; SCOTT WALL, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM LE FAY; FRESNO POLICE OFFICER ERIC PANABAKER; FRESNO POLICE OFFICER DARRYLL VAN DUERSEN; FRESNO POLICE SGT. LEN GLEIM; FRESNO POLICE DET. JOHN GOMEZ; DOES 2 TO 10; CITY OF FRESNO, <br><br> Defendants. | Case No. CV-F-13-01362 AWI MJS <br><br> STIPULATION AND ORDER <br> RE: EXTENSION OF EXPERT DISCOVERY |

TO THE HONORABLE COURT:

The parties, through their undersigned counsel hereby stipulate as follows:

WHEREAS the current expert designation deadline is July 18, 2014, and

_____
STIPULATION AND ORDER RE: MENTAL HEALTH RECORDS

WHEREAS the current overall expert discovery completion date is September 19, 2014, and

WHEREAS non-expert discovery is currently at a stage where the designation of experts would be premature, in that the experts would have to review and consider the discovery that remains pending in order to produce reports that comply with FRCP 26(a)(2)(B), and

WHEREAS the parties further believe that the ends of justice would be better served if the expert and non-expert discovery completion deadlines were one and the same, and

THE PARTIES HEREBY STIPULATE to extend the expert designation date to August 18, 2014, with supplemental experts to be disclosed by September 1, 2014.  The deadline for completing expert discovery will be September 19, 2014, the same date by which non-expert discovery is currently scheduled to be completed.  All other deadlines shall remain in effect.

Dated:  July 11, 2014                          LAW OFFICE OF KEVIN G. LITTLE

                                               By:  /s/ Kevin Little
                                                    Kevin G. Little
                                               Attorney for Plaintiffs

Dated:  July 11, 2014                          DOUGLAS T. SLOAN
                                               City Attorney

                                               By:  /s/ Erica Camarena
                                                    Erica M. Camarena, Deputy
                                               Attorneys for Defendants City of Fresno and Officer Panabaker, Officer Van Duersen, Sgt. Gleim and Det. Gomes

Dated:  July 11, 2014                          PETRIE, DORFMEIER AND MORRIS, LLP

                                               By:  /s/ J. David Petrie
                                                    J. David Petrie
                                               Attorneys for Defendant William C. LeFay

_____
STIPULATION AND ORDER RE: MENTAL HEALTH RECORDS

**ORDER**

Good cause appearing, the above Stipulation to extend expert discovery in Case No. CV-F-13-01362 AWI MJS is accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   July 21, 2014                            /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE

_____
STIPULATION AND ORDER RE: MENTAL HEALTH RECORDS