Kevin G. Little, SBN 149818
Attorney at Law
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
Email: kevinglittle@yahoo.com

Attorney for Plaintiffs SHARRON LE FAY,
JEFF WALL, AND SCOTT WALL

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| SHARRON LE FAY; JEFF WALL; SCOTT WALL,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM LE FAY; FRESNO POLICE OFFICER ERIC PANABAKER; FRESNO POLICE OFFICER DARRYLL VAN DUERSEN; FRESNO POLICE SGT. LEN GLEIM; FRESNO POLICE DET. JOHN GOMEZ; DOES 2 TO 10; CITY OF FRESNO,<br><br>Defendants. | Case No. CV-F-13-01362 AWI MJS<br><br>STIPULATION AND ORDER<br>RE: DEPOSITION OF PLAINTIFF SHARRON LE FAY |

TO THE HONORABLE COURT:

The parties, through their undersigned counsel hereby stipulate as follows:

WHEREAS plaintiff Sharron LeFay is scheduled to be deposed on September 4, 2014 at 1:30 p.m., via stenographic means and video, and

WHEREAS defendant William C. LeFay has expressed a desire to attend said deposition, and

WHEREAS, the history of acrimony between Mr. and Mrs. LeFay, as well as their adverse positions in this action and a related state court divorce action, dictate that appropriate preventative

_____
STIPULATION AND PROPOSED ORDER RE: SHARRON LE FAY'S DEPOSITION

measures should be taken during Mrs. LeFay's deposition,

  THE PARTIES HEREBY STIPULATE that (1) said deposition be taken at the Robert E. Coyle Federal Courthouse, 2500 Tulare Street, Fresno, California 93721, so that a judicial officer and security staff will be available if any dispute might arise; (2) said deposition be held in one of the court's large conference rooms, so that Mr. and Mrs. LeFay will be able to sit at far ends of the conference table and out of each other's line of sight during the deposition; (3) Mr. and Mrs. LeFay will not address one another on or off the record during said deposition; (4) the parties and their counsel will take adequate measures to ensure that Mr. and Mrs. LeFay do not enter or exit the conference room concurrently or in close proximity to one another; (5) the parties and their counsel will take adequate measures to ensure that Mr. and Mrs. LeFay are never alone together in the conference room; and (6) no party or person present shall do anything for the purpose of annoying or harassing either Mr. LeFay or Mrs. LeFay, or anyone else, during the deposition and will instead exercise and demonstrate professionalism and courtesy befitting a courthouse setting.

IT IS SO STIPULATED.

Dated: August 28, 2014     LAW OFFICE OF KEVIN G. LITTLE

             By: /s/ Kevin Little
               Kevin G. Little
             Attorney for Plaintiffs

Dated: August 28, 2014     DOUGLAS T. SLOAN
             City Attorney

             By: /s/ Erica Camarena
               Erica M. Camarena, Deputy

             Attorneys for Defendants City of Fresno and
             Officer Panabaker, Officer Van Duersen, Sgt. Gleim
             and Det. Gomes

Dated: August 28, 2014     PETRIE, DORFMEIER AND MORRIS, LLP
             By: /s/ J. David Petrie
               J. David Petrie
             Attorneys for Defendant William C. LeFay

IT IS SO ORDERED.

September 3, 2014  By:  /s/ Michael J. Seng
Michael J. Seng
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER RE: SHARRON LE FAY'S DEPOSITION Page 3