J. David Petrie, Esq.; SBN 096017
Sean T. O'Rourke, Esq.; SBN 199420
PETRIE DORFMEIER & MORRIS, LLP
2014 Tulare Street, Suite 830
Fresno, California  93721
Telephone (559) 498-6522
Facsimile (559) 498-6516
Email DPetrie@PDMLegal.com

Attorneys for Defendant,
WILLIAM LeFAY

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARRON LE FAY; JEFF WALL; SCOTT WALL,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM LE FAY; FRESNO POLICE OFFICER ERIC PANABAKER; FRESNO POLICE SGT. LEN GLEIM; FRESNO POLICE DET. JOHN GOMEZ; THE CITY OF FRESNO, CALIFORNIA; DOES 1 TO 10,<br><br>Defendants. | Case No. 1:13-CV-1362 AWI MJS<br><br>**[PROPOSED]<br>ORDER TO ALLOW AMENDMENT TO FIRST AMENDED COMPLAINT TO DISMISS THREE CLAIMS FOR RELIEF AS TO DEFENDANT, WILLIAM LeFAY ONLY<br>[FRCP 15(a)(1)]** |

UPON STIPULATION OF THE PARTIES HERETO, IT IS HEREBY ORDERED that leave be granted to Plaintiffs to amend their First Amended Complaint so as to dismiss, with prejudice, defendant, WILLIAM LeFAY from the Second, Third, and Sixth Claims for Relief.

IT IS FURTHER ORDERED that Plaintiffs' First Amended Complaint need not be formally amended (unless Plaintiffs so choose) to dismiss defendant, WILLIAM

/ / /

LeFAY from the three stated claims for relief as said claims apply to other remaining Defendants so named in these Claims for Relief.

IT IS SO ORDERED.

Dated:   November 13, 2014                               _____
                                                        SENIOR   DISTRICT   JUDGE